OPINION — AG — ** FISH AND HUNT — STREAMS — LAND ** IT WOULD BE UNLAWFUL, UNDER 29 O.S. 513 [29-513], FOR A PERSON TO FISH OR HUNT IN A STREAM OR ON THE BED OF A STREAM, RUNNING THROUGH THE LAND OF ANOTHER, WITHOUT THE CONSENT OF THE OWNER OR OCCUPANT OF SAID LAND. (TRESPASS, NAVIGABLE STREAMS, HUNT, PROPERTY, FISHING, EASEMENTS) CITE: 29 O.S. 513 [29-513] (WILDLIFE CONSERVATION DEPARTMENT) (FRED HANSEN)